# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| KATHLEEN GENSON, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 16-CV-623-JHP-FHM |
| NANCY A. BERRYHILL,<br>Acting Commissioner, Social Security Administration, | |
| Defendant. | |

## OPINION AND ORDER

Plaintiff's counsel's attention is called to LCvR 5.3 concerning the redaction of personal identifiers in papers filed with the Court. Plaintiff's opening brief, [Dkt. 12], contains a personal identifier in violation of this rule.

Counsel is hereby instructed to file a replacement brief on or before October 4, 2017, which is identical to the previously filed brief in every respect except for the elimination of Plaintiff's personal identifier information.[1]

SO ORDERED this 2nd day of October, 2017.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel is advised to review other briefs on file with this Court and to file substitute briefs in cases where personal identifier information is included in violation of LCvR 5.3.